People v Hood (2025 NY Slip Op 05199)

People v Hood

2025 NY Slip Op 05199

Decided on September 30, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 30, 2025

Before: Kern, J.P., Scarpulla, Kapnick, Gesmer, Hagler, JJ. 

Ind. No. 74393/22||Appeal No. 4774|Case No. 2023-01932|

[*1]The People of the State of New York, Respondent,
v
Lamont Hood, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Abigail Everett of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Jacob C. Marcus of counsel), for respondent.

Judgment, Supreme Court, New York County (Cori H. Weston, J.), rendered March 17, 2023, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the fourth degree, and sentencing him to a one-year conditional discharge, unanimously affirmed.
The misdemeanor complaint was facially sufficient. "[R]easonable inferences" could be "drawn from the sworn allegations in the complaint" by the recovering officer that the loaded, defaced firearm recovered from defendant was operable (People v Willis,  NY3d , 2025 NY Slip Op 01405, *2 [2025]). Thus, there was reasonable cause
to believe that defendant knowingly possessed a firearm (CPL 70.10[2], 100.40[4][b]; Penal Law § 265.01[1]; see People v Hill, 38 NY3d 460, 463 [2022]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 30, 2025